**Order entered October 28, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00704-CV**

**LORY K. WILSON, GREGORY S. VENABLE,**
**JAMES B. JOHNSON, AND RICK L. MILLER, Appellants**

**V.**

**CAPITAL PARTNERS FINANCIAL GROUP USA, INC. AND BTH BANK,**
**NATIONAL ASSOCIATION, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09275**

**ORDER**
Before Chief Justice Burns, Justice Molberg, and Justice Nowell

By notice dated September 14, 2020, the Court notified appellant Rick L.

Miller that his brief was overdue. We instructed Miller to file, within ten days, both

his brief and an extension motion. Miller did not comply. By order dated October

7, 2020, we ordered Miller to file his brief by 5:00 p.m. on October 23, 2020. We

informed Miller that no further extension would be granted and that failure to file

his brief by the deadline would result in dismissal of his appeal without further

notice.  As of today's date, Miller has not filed his brief.  Accordingly we **DISMISS** Miller's appeal.  This appeal continues as to all remaining appellants.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE